**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ENRIQUE LOBO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY | § | JURY DEMANDED |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, Defendant in the above cause, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

### I.
### BACKGROUND

1.     Petitioner is the Defendant in a civil action now pending in the 341st Judicial District Court of Webb County, Texas, Cause Number 2023CVH000742D3, styled ***Enrique Lobo vs. Allstate Vehicle and Property Insurance Company***, wherein Plaintiff seeks monetary relief for property damage, and asserts claims for negligence, breach of contract and alleged violations of the Texas Insurance Code and Texas Deceptive Trade Practices Act, as well as claims for bad faith.

### II.
### BASIS FOR REMOVAL

2.     The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the Plaintiff.  Defendant is not a citizen of the State of Texas.

## III.
## DIVERSITY IN CITIZENSHIP

**Plaintiff - Enrique Lobo**

3.      The Plaintiff, Enrique Lobo is domiciled in Webb County, in the State of Texas, and was domiciled there at the time this action was commenced.  Plaintiff was at that time and is now a citizen of the State of Texas.

**Defendant-Allstate Vehicle and Property Insurance Company**

4.      The Defendant, Allstate Vehicle and Property Insurance Company, is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced in Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

5.      Accordingly, diversity of citizenship exists among the parties.

## IV.
## AMOUNT IN CONTROVERSY

6.      The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).  Plaintiff claims he seeks monetary damages in excess of $1,000,000.00. See paragraph 62 of Plaintiff Enrique Lobo's Original Petition. Thus, it is facially apparent that damages exceed the $75,000.00. *Allen vs. R&H Oil & Gas Co.*, 63 F 3d. 1326 (5th Cir – 1995).

8.      Defendant would further show, the applicable policy of Enrique Lobo provides dwelling limits of $362,035.00, other structures limits of $36,204.00 and contents coverage of $162,916.00. See declarations page attached as Exhibit A. No pre-suit 542A demand was submitted.

9.      In addition to policy benefits, in his Petition, Plaintiff seeks damages for actual damages,

exemplary damages, statutory damages, treble damages, statutory interest, pre-judgment interest, post-judgment interest, attorney's fees, and costs of suit. A binding stipulation of damages has not been filed. Accordingly, considering all damages Plaintiff would be entitled to, should he prevail, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

## VI.

10.     Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiff and Defendant are diverse in citizenship and the amount in controversy exceeds $75,000.00.

## VII.

11.     This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiff's Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

## VIII.

12.     Petitioner's time to answer or remove with respect to the Plaintiff's Original Petition has not expired. Plaintiff's Original Petition was served on the Defendant Allstate Vehicle and Property Insurance Company on May 24, 2023.

## IX.

13.     This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,

Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, removes this action for trial from the 341st Judicial District Court, Hidalgo County, Texas to this Court, on this 23rd of June, 2023.

Respectfully submitted,

By: /s/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney-in-Charge
State Bar #04709300
Federal ID #13738
Raul De La Garza
State Bar # 24087394
Federal ID #2328369

Of Counsel

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS   :
                          :

COUNTY OF HIDALGO   :

      I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.



                      ROSEMARY CONRAD-SANDOVAL

      SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 23rd day of June, 2023, to certify which witness my hand and seal of office.

NICOLE L MOWBRAY
Notary Public
STATE OF TEXAS
Notary ID# 12984998-5
My Comm. Exp. 10-25-2023

                      Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been sent via electronic service to the attorneys for Plaintiff as follows:

J. Zachary Moseley
Derek L. Fadner
McCLENNY, MOSELEY & ASSOCIATES, PLLC
1415 Louisiana Street, Suite 2900
Houston, Texas 77002
zach@mma-pllc.com
derek@mma-pllc.com

on this 23rd day of June, 2023.

_/s/ Rosemary Conrad-Sandoval_____
ROSEMARY CONRAD-SANDOVAL