United States District Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **ENRIQUE LOBO,** § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. 5:23-CV-00061 |
| § | |
| **ALLSTATE VEHICLE AND** § | |
| **PROPERTY INSURANCE COMPANY,** § § | |
| Defendant. | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice. (Dkt. No. 19). The stipulation provides that Plaintiff Enrique Lobo dismisses his claims against Defendant Allstate Vehicle and Property Insurance Company with prejudice. (*Id.*).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulation states that Plaintiff dismisses their claims with prejudice against Defendant Allstate Vehicle and Property Insurance Company. (Dkt. No. 19 at 1).

Because the stipulation is signed by counsel for all parties in this case, Plaintiff's claims against Defendant Allstate Vehicle and Property Insurance Company were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 19). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on November 13, 2024.

John A. Kazen
United States District Judge